UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| CHRISTOPHER WAYNE PLOURD, | Civil No. 6:20-CV-01427-MC |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will reevaluate and further develop the medical opinion evidence of record;
- The ALJ will reevaluate steps two and three of the sequential evaluation process;
- The ALJ will reevaluate Plaintiff's alleged symptom complaints;
- The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p; and
- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert if needed.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

IT IS SO ORDERED this  22nd  day of  October , 2021.

      s/Michael J. McShane
      UNITED STATES DISTRICT JUDGE

Submitted by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

RENATA GOWIE, OSB #175273
Civil Division Chief

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2114